UNITED STATES COURT OF APPEALS FOR THE FOURTH CIRCUIT
# APPEARANCE OF COUNSEL FORM

**BAR ADMISSION & ECF REGISTRATION:** If you have not been admitted to practice before the Fourth Circuit, you must complete and return an Application for Admission before filing this form. If you were admitted to practice under a different name than you are now using, you must include your former name when completing this form so that we can locate you on the attorney roll. Electronic filing by counsel is required in all Fourth Circuit cases. If you have not registered as a Fourth Circuit ECF Filer, please complete the required steps at www.ca4.uscourts.gov/cmecftop.htm.

THE CLERK WILL ENTER MY APPEARANCE IN APPEAL NO. 13-4577 _____ as

[✓] Retained   [ ] Court-appointed(CJA)   [ ] Court-assigned(non-CJA)   [ ] Federal Defender   [ ] Pro Bono   [ ] Government

COUNSEL FOR: FATIH SONMEZ _____

_____ as the
(party name)

[✓] appellant(s)   [ ] appellee(s)   [✓] petitioner(s)   [ ] respondent(s)   [ ] amicus curiae   [ ] intervenor(s)

_____
(signature)

HASSAN M. AHMAD, ESQ
Name (printed or typed)

THE HMA LAW FIRM PLLC
Firm Name (if applicable)

1039 STERLING ROAD, SUITE 204

HERNDON, VA 20170
Address

703-964-0245
Voice Phone

703-997-8556
Fax Number

hma@hmalegal.com
E-mail address (print or type)

## CERTIFICATE OF SERVICE

I certify that on 08/20/2013 the foregoing document was served on all parties or their counsel of record through the CM/ECF system if they are registered users or, if they are not, by serving a true and correct copy at the addresses listed below:

P. Michael Cunningham
Assistant US Attorney
36 S. Charles St., 4th Floor
Baltimore, MD 21201
Tel: 410.209.4884
Fax: 410.962.3091
michael.cunningham@usdoj.gov

_____
Signature

08/20/2013
Date

11/17/2011
SCC